| | |
|---|---|
| 1 | JACKSON LEWIS LLP |
| | DALE KUYKENDALL (SBN 148833) |
| 2 | BRENDAN J. BEGLEY (SBN 202563) |
| | 801 K Street, Suite 2300 |
| 3 | Sacramento, California 95814 |
| | Telephone:   (916) 341-0404 |
| 4 | Facsimile:   (916) 341-0141 |

Attorneys for Defendants
DETROIT FORMING INC., LEIGH RODNEY, and
KEN SHERRY

LAW OFFICES OF ANTHONY J. POIDMORE
ANTHONY J. POIDMORE (SBN 51346)
3001 Lava Ridge Court, Suite 130
Roseville, California 95661
Telephone:   (916) 787-1290
Facsimile:   (916) 787-1293

Attorneys for Plaintiff
KEN CORDREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEN CORDREY | Case No.   2:09-CV-02013-JAM-GGH |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| v. | |
| DETROIT FORMING INC., LEIGH RODNEY, and KEN SHERRY | |
| Defendants. | COMPLAINT FILED:   JULY 21, 2009 |
| | TRIAL DATE:              NONE SCHEDULED |

Pursuant to Local Rule 6-144, Defendants DETROIT FORMING INC., LEIGH RODNEY, and KEN SHERRY, and Plaintiff KEN CORDREY, by and between their respective counsel, stipulate to extend until September 17, 2009, the deadline for Defendants DETROIT

///

///

---

Stipulation to Extend Time For Defendant to File
Responsive Pleading

Cordrey v. Detroit Forming Inc., et al.
USDC Eastern District Case No.:   2:09-cv-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  FORMING INC., LEIGH RODNEY, and KEN SHERRY, to file responsive pleadings to
2  Plaintiff KEN CORDREY's Complaint.  The parties represent that they have not stipulated to
3  any other extension of time in this matter.

4      IT IS SO STIPULATED.

5  Date: August 14, 2009          LAW OFFICES OF ANTHONY J. POIDMORE

7              By: */s/ Anthony J. Poidmore (authorized August 14, 2009)*
                    ANTHONY J. POIDMORE

8              Attorneys for Plaintiff
9              KEN CORDREY

11 Date: August 14, 2009          JACKSON LEWIS LLP

13             By: /s/ Brendan J. Begley
                    DALE R. KUYKENDALL
14                  BRENDAN J. BEGLEY

15             Attorney for Defendants
               DETROIT FORMING INC., LEIGH RODNEY, and KEN
16             SHERRY

18                      **ORDER**

19     Based upon stipulation of the parties, and good reason appearing, IT IS SO
20 ORDERED.

21 DATED: August 14, 2009         /s/ John A. Mendez
22                                HONORABLE JOHN A. MENDEZ

28 H:\D\Detroit Forming, Inc\Cordrey, Ken (Travelers)\Pleadings\003 Stip to Con't Response.doc

---

Stipulation to Extend Time For Defendant to File          Cordrey v. Detroit Forming Inc., et al.
Responsive Pleading                                       USDC Eastern District Case No.:  2:09-cv-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com