1  LAW OFFICES OF ANTHONY J. POIDMORE
   ANTHONY J. POIDMORE, Cal. Bar No. 51346
2  joblaw@poidmorelaw.com
   1528 Eureka Road, Suite 101
3  Roseville, California 95661
   Telephone:    (916) 787-1290
4  Facsimile:    (916) 787-1293

5
   Attorneys for Plaintiff
6  KEN CORDREY

7  JACKSON LEWIS LLP
   JAMES T. JONES, Cal. Bar No. 167967
8  jonesj@jacksonlewis.com
   DALE KUYKENDALL, Cal. Bar No. 148833
9  kuykendd@jacksonlewis.com
   801 K Street, Suite 2300
10 Sacramento, California  95814
   Telephone:    (916) 341-0404
11 Facsimile:    (916) 341-0141

12 Attorneys for Defendants
   DETROIT FORMING INC., LEIGH RODNEY,
13 and KEN SHERRY

14                    UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16                        SACRAMENTO DIVISION

17 KEN CORDREY,                          Case No. 2:09-CV-02013-JAM-GGH

18          Plaintiff,                   **STIPULATION AND JOINT
                                         APPLICATION TO EXTEND
19     v.                                DISCOVERY CUT-OFF; ORDER
                                         THEREON**
20 DETROIT FORMING INC., LEIGH RODNEY,
   and KEN SHERRY
21
            Defendants.                  Complaint Filed:    July 21, 2009
22                                       Trial Date:         May 9, 2011

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                     1

PDF created with pdfFactory trial version www.pdffactory.com

1    Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the

2  parties to this action, through their respective counsel of record, hereby stipulate and jointly

3  request that the Court vacate the present discovery cut-off date of December 3, 2010 in this

4  Court's Status (Pretrial Scheduling Order) dated September 28, 2009, and that the Court continue

5  such date to January 14, 2011.  **The requested continuance will have no impact on the motion**

6  **hearing schedule, final pre-trial conference, and trial dates set forth in Pretrial Scheduling**

7  **Order**.

8  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

9    The Parties have diligently engaged in discovery and have been cooperating in attempting

10  to schedule matters so that discovery can be completed by the Court's original discovery cut-off

11  deadline.  However, a significant amount of discovery will have to take place within the next

12  month to meet that original deadline, including expensive expert witness discovery, and the

13  parties make this request for two reasons: (1) trial counsels' schedules will make it difficult to

14  schedule all the discovery to take place within the remaining one month, and counsel have trials

15  scheduled within the next few months that have created litigation demands not originally

16  anticipated at the time this Court's original Scheduling Order was issued – for example, defense

17  counsel is presently scheduled to try a matter in San Francisco Superior Court on January 10,

18  2011 and was only recently retained in late August to prepare for the trial of this relatively

19  complex matter with a six-year litigation history; and (2) more importantly, the parties have

20  agreed to return to mediation and would like to be able to do so without incurring the significant

21  additional expense of the remaining discovery, so that the chances of settlement are maximized.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

Stipulation and Joint Application To Extend Discovery Cut-Off;
Order Thereon

Cordrey v. Detroit Forming, Inc., et al.
USDC, EDC Case No. 2:09-CV-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1     As set forth above, good cause exists for continuing the discovery deadline in the Court's

2  Scheduling Order, and, therefore:

3       (1)   The deadline of December 3, 2010 to complete all discovery shall be vacated and

4             continued to January 14, 2011.

5  IT IS SO STIPULATED.

6  Dated:  November 4, 2010          LAW OFFICES OF ANTHONY J. POIDMORE

7

8                                    By: */s/ Anthony J. Poidmore* [authorized 11/2/2010]
                                         ANTHONY J. POIDMORE
9
                                         Attorneys for Plaintiff
10                                        KEN CORDREY

11

12

13 Dated:  November 4, 2010          JACKSON LEWIS LLP

14

15                                   By:  */s/ James T. Jones*
                                         JAMES T. JONES
                                         DALE R. KUYKENDALL
16
                                         Attorney for Defendants
17                                        DETROIT FORMING INC.,
                                         LEIGH RODNEY, and KEN SHERRY
18

19                                   **ORDER**

20

21    Having reviewed the parties' stipulation, and good cause appearing therefore,

22 IT IS HEREBY ORDERED:

23      (1)   The deadline of December 3, 2010 to complete all discovery shall be vacated and

24            continued to January 14, 2011.

25 Dated:  November 4, 2010

26                                   /s/ John A. Mendez
                                     JOHN A. MENDEZ
27                                   United States District Court Judge

28

3

Stipulation and Joint Application To Extend Discovery Cut-Off;      Cordrey v. Detroit Forming, Inc., et al.
Order Thereon                                                      USDC, EDC Case No. 2:09-CV-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com