LAW OFFICES OF ANTHONY J. POIDMORE
ANTHONY J. POIDMORE, Cal. Bar No. 51346
joblaw@poidmorelaw.com
1528 Eureka Road, Suite 101
Roseville, California 95661
Telephone:    (916) 787-1290
Facsimile:    (916) 787-1293

Attorneys for Plaintiff
KEN CORDREY

JACKSON LEWIS LLP
JAMES T. JONES, Cal. Bar No. 167967
jonesj@jacksonlewis.com
DALE KUYKENDALL, Cal. Bar No. 148833
kuykendd@jacksonlewis.com
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendants
DETROIT FORMING INC., LEIGH RODNEY,
and KEN SHERRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEN CORDREY,<br><br>          Plaintiff,<br><br>     v.<br><br>DETROIT FORMING INC., LEIGH RODNEY, and KEN SHERRY<br><br>          Defendants. | Case No. 2:09-CV-02013-JAM-GGH<br><br>**STIPULATION AND JOINT APPLICATION TO EXTEND DISCOVERY CUT-OFF; ORDER THEREON**<br><br>Complaint Filed:    July 21, 2009<br>Trial Date:          May 9, 2011 |

///

///

///

///

///

///

1

Stipulation and Joint Application To Extend Discovery Cut-Off; Order Thereon

Cordrey v. Detroit Forming, Inc., et al.
USDC, EDC Case No. 2:09-CV-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rule of Civil Procedure 16(b)(4), and for good cause shown, the parties to this action, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the present discovery cut-off date of January 14, 2011 (which previously had been agreed to by the parties in order to facilitate mediation), and that the Court continue such date to February 15, 2011.  **The requested continuance will have no impact on the motion hearing schedule, final pre-trial conference, and trial dates set forth in Pretrial Scheduling Order dated September 28, 2009**.

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The Parties have diligently engaged in discovery and have been cooperating in attempting to schedule matters so that discovery can be completed by the Court's original discovery cut-off deadline.  However, a significant amount of discovery will have to take place within the next month to meet that original deadline, including expensive expert witness discovery, and the parties make this request for two reasons: (1) trial counsels' schedules will make it difficult to schedule all the discovery to take place within the remaining one month, and counsel have trials scheduled within the next few months that have created litigation demands not originally anticipated at the time this Court's original Scheduling Order was issued – for example, defense counsel is presently scheduled to try a matter in San Francisco Superior Court on January 10, 2011 and was only recently retained in late August to prepare for the trial of this relatively complex matter with a six-year litigation history; and (2) more importantly, the parties agreed to return to mediation, but were unable to schedule an agreeable date for the mediation until January 15, 2011 and would like to be able to do so without incurring the significant additional expense of the remaining discovery, so that the chances of settlement are maximized.

///
///
///
///
///
///

2

Stipulation and Joint Application To Extend Discovery Cut-Off; Order Thereon

Cordrey v. Detroit Forming, Inc., et al. USDC, EDC Case No. 2:09-CV-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

As set forth above, good cause exists for continuing the discovery deadline in the Court's Scheduling Order, and, therefore:

(1) The deadline of January 14, 2011 to complete all discovery shall be vacated and continued to February 15, 2011.

IT IS SO STIPULATED.

Dated:  December 29, 2010              LAW OFFICES OF ANTHONY J. POIDMORE


By:  /s/ *Anthony J. Poidmore* [Authorized 12/29/2010]
         ANTHONY J. POIDMORE

         Attorneys for Plaintiff
         KEN CORDREY


Dated:  December 29, 2010              JACKSON LEWIS LLP


By:  /s/ *James T. Jones*
         JAMES T. JONES
         DALE R. KUYKENDALL

         Attorney for Defendants
         DETROIT FORMING INC.,
         LEIGH RODNEY, and KEN SHERRY

## ORDER

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) The deadline of January 14, 2011 to complete all discovery shall be vacated and continued to February 15, 2011.

Dated:  12/30/2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Stipulation and Joint Application To Extend Discovery Cut-Off;
Order Thereon

3

Cordrey v. Detroit Forming, Inc., et al.
USDC, EDC Case No. 2:09-CV-02013-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com