LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore (SBN 51346)
1528 Eureka Road, Suite 101
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293

Attorney for Plaintiff  KEN CORDREY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN CORDREY, | CASE NO.   2:09-CV-02013-JAM-GGH |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ENTIRE ACTION** |
| DETROIT FORMING INC., LEIGH RODNEY AND KEN SHERRY, | |
| Defendants. | |

**IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION AND THROUGH THEIR RESPECTIVE COUNSEL,** that this action may be dismissed as the parties have settled.

///

///

///

-1-
**STIPULATION TO DISMISS ENTIRE ACTION**

| | |
|---|---|
| Dated:  January 31, 2011 | LAW OFFICES OF ANTHONY J. POIDMORE<br>A Professional Law Corporation<br><br>By: /s/   Anthony J. Poidmore<br>_____<br>ANTHONY J. POIDMORE<br>Attorneys for Plaintiff, KEN CORDREY |
| Dated: January 31, 2011 | By: /s/   Dale Kuykendall<br>_____<br>DALE KUYKENDALL   SBN 148833<br>Attorneys for Defendant DETROIT FORMING INC., KEN SHERRY AND LEIGH RODNEY<br>Jackson Lewis LLP<br>801 K Street, Suite 2300<br>Sacramento, California 95814 |

THIS CASE IS HEREBY DISMISSED.

Dated: 2/2/2011

/s/ John A. Mendez
_____
U. S. DISTRICT COURT JUDGE